JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR14-359RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL DEFENDANT'S SENTENCING MEMORANDUM |
| BRANDON SWIFT, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion to file Defendant's Sentencing Memorandum and exhibits under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Defendant's Motion to Seal (Dkt. #27) is GRANTED and the Defendant's Sentencing Memorandum and exhibits filed under Dkt. #28 shall remain under seal.

DATED this 22nd day of May, 2015.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL
SENTENCING MEMO- 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**